**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR NAZARIFAR, individually and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SANTANDER CONSUMER USA INC. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 8:20-cv-00158-JLS-KES<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS SO ORDERED that this action is DISMISSED, in its entirety, with prejudice.

Dated: May 22, 2020

_____
HON. JOSEPHINE L. STATON